## BEFORE THE SECOND DIVISION, JANUARY 25, 1968

**No. P68/20.**—Consolidated Sewing Machine Corp. *v.* United States, protests 61/7201(B), etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of clutch-brake electric motors similar in all material respects to those the subject of *ACEC Electric Corp.* v. *United States* (55 Cust. Ct. 138, C.D. 2563), the claim of the plaintiff was sustained.

## BEFORE THE FIRST DIVISION, JANUARY 29, 1968

**No. P68/21.**—Marset, Inc., et al. *v.* United States, protests 60/9989, etc. (New York).

**No. P68/22.**—Marset, Inc. *v.* United States, protests 60/20202 and 64/4056 (New York).

**No. P68/23.**—Marset, Inc. *v.* United States, protests 61/22140 and 61/22139 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain varnish or ink pastes similar in all material respects to those the subject of *Marset, Inc.*, and *W. J. Byrnes & Co. of N.Y., Inc.* v. *United States* (50 Cust. Ct. 127, C.D. 2400), wherein the merchandise was held to be an entirety, the claim of the plaintiffs was sustained.

**No. P68/24.**—Reliance Int'l. Mfg., Ltd., and Rosenel International Corp. *v.* United States, protests 65/14970 and 65/7230 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic feeders and plastic water fountains similar in all material respects to those the subject of *Zenith Novelty Co. et al.* v. *United States* (49 Cust. Ct. 215, Abstract 67011), the claim of the plaintiffs was sustained.